# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-10232
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Luis Gonzalo Martinez Vazquez,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-319-1

————————————————————

Before Elrod, Haynes, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Luis Gonzalo Martinez Vazquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez Vazquez has not filed a response. We have reviewed counsel's brief and the relevant portions of the

————————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10232

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.